### ZICKEFOOSE v. BLEDSOE et al.

#### No. 5230.

Court of Civil Appeals of Texas. Amarillo.

Dec. 9, 1940.

Elkins & Elkins, of Lubbock, for appellant.

G. E. Lockhart, of Lubbock, for appellee A. Sansom.

W. R. Porter, of Lubbock, for appellee W. L. Cone.

FOLLEY, Justice.

The appellant has failed to file a brief in this case and no excuse is offered or good cause shown for such failure.

The appellees request that we affirm the judgment of the trial court.

Finding no fundamental error in the record the judgment is affirmed. Haynes v. J. M. Radford Grocery Co., Tex.Com.App., 118 Tex. 277, 14 S.W.2d 811.